sion, First Department. December 11, 1903.) Action by Frederick A. Burnham against Charles L. Franklin. R. S. White, for appellant. S. T. Tyng, for respondent. No opinion. Interlocutory judgment affirmed, with costs, with leave to defendant to withdraw demurrer, and to answer, upon payment of costs in this court and in the court below.

In re BURNS' ESTATE. (Supreme Court, Appellate Division, First Department. December 24, 1903.) In the matter of the estate of Samuel F. Burns deceased. A. Van Wyck, for appellant. R. S. Ransom, for respondent. No opinion. Order affirmed, with costs and disbursements, to be taxed in the Surrogate's Court.

BUTTERFIELD v. WOODWARD et al. (Supreme Court, Appellate Division, First Department. December 24, 1903.) Action by Julia L. Butterfield against Harlin J. Woodward and others. No opinion. Motion granted, so far as to dismiss appeal.

CAMPBELL, Respondent, v. PRESS PUB. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1903.) Action by James A. Campbell against the Press Publishing Company. J. W. Gerard, for appellant. O. W. Ehrnhorn, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs.

CAREY, Respondent, v. BEACHEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 5, 1904.) Action by John C. Carey against Noah C. Beachey.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event, upon questions of fact, unless the plaintiff stipulates that the judgment may be modified by striking therefrom, as of the date of the rendition of the same, the sum of $129.75, with interest thereon from May 30, 1902, in which case the judgment, as so modified, and the order, are affirmed, without costs of this appeal to either party. *Held* that, the trial justice having charged, in effect, that the plaintiff could not recover the value of the plum trees, if they were affected with "black heart," as claimed by defendant, the verdict of the jury, necessarily involving the finding that they were not so affected, was against the weight of the evidence.

CAREY, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 12, 1904.) Action by Patrick Carey against the New York Central & Hudson River Railroad Company. No opinion. Judgment affirmed, with costs.

CENCIE, Appellant, v. FORTE, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 8, 1903.) Action by

Mary Cencie against Leonardo Forte. No opinion. Motion for reargument denied, with $10 costs and disbursements.

CHURCHILL, Appellant, v. CATEN, Respondent. (Supreme Court, Appellate Division, Third Department. January 6, 1904.) Action by Margaret Churchill against Lawron Caten. No opinion. Judgment and order unanimously affirmed, with costs.

In re CITY OF NEW YORK. In re LITTLE WEST TWELFTH AND THIRTEENTH STS. (Supreme Court, Appellate Division, First Department. January 8, 1904.) In the matter of the city of New York and in the matter of Little West Twelfth and Thirteenth streets. A. G. Fox, for appellant. C. A. Peabody and T. Connoly, for respondents. No opinion. Order affirmed, with costs.

CITY OF NEW YORK, Respondent, v. BROWN et al., Appellants. (Supreme Court, Appellate Division, First Department. January 8, 1904.) Action by the city of New York against Charles A. Brown and others. L. L. Kellogg, for appellants. T. Connoly, for respondent. No opinion. Judgment and order affirmed, with costs.

In re CITY OF SCHENECTADY. (Supreme Court, Appellate Division, Third Department. January 6, 1904.) In the matter of the petition of the mayor, etc., of the city of Schenectady, under section 62 of the Railroad Law (Laws 1897, p. 796, c. 754, as amended by Laws 1898, p. 1252, c. 520, and Laws 1899, p. 771, c. 359), as to changing certain grade crossings of the New York Central & Hudson River Railroad, and the railroad operated by the Delaware & Hudson Company in that city, from grade to undercrossings. No opinion. Determination unanimously confirmed, with $50 costs and disbursements.

CITY TRUST & SAFE DEPOSIT CO., Respondent, v. AMERICAN BREWING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 8, 1903.) Action by the City Trust & Safe Deposit Company against the American Brewing Company. No opinion. Motion for reargument denied, with $10 costs.

CLARK, Appellant, v. HYLAND'S ESTATE, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 8, 1903.) Action by Margaret E. Clark against estate of John Hyland deceased. No opinion. Motion to amend or modify decision denied, with $10 costs.

CLEWS, Appellant, v. UNION BAG & PAPER CO., Respondent. (Supreme Court, Appellate Division, Third Department. January 16, 1904.) Action by Jabez Clews, as administrator, etc., of William J. Clews, deceased, against the Union Bag & Paper Company. No opinion. Judgment and order unanimously affirmed, with costs.